Matthew Flinders
1267 Lakeside Dr., Suite 3077
Sunnyvale, CA  94085
Telephone: 617-699-3068
Email: mflinders@hotmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Flinders, individually. <br><br> Plaintiff, Pro Se, <br> v. <br> STATE BAR OF CALIFORNIA, <br><br> Defendant. | Case No.: 5:22-cv-04072-VKD |

## CERTIFICATE OF SERVICE

I, Matthew Flinders, hereby certify that on the October 19, 2022, I electronically filed Plaintiff's Memorandum in Opposition to Defendant State Bar's Motions to Dismiss and supporting Declaration of Matthew Flinders in the matter of <u>Flinders v. State Bar of California</u>, Civil No. 5:22-cv-04072-VKD with the Clerk of the District Court using its CM/ECF System, which would then electronically notify the following CM/ECF participants:

1. Jean Krasilnikoff
   Assistant General Counsel, Attorney for Defendant State Bar of California

DATED:  October 19, 2022

_[signature]_
Matthew Flinders, Plaintiff

Certificate of Service

- 1 -